FRANK N. FREEMAN and Another, Appellants, v. BEATRICE M. SPRAGUE, as Executrix, etc., of DON F. SPRAGUE, Deceased, Respondent, and INTERNATIONAL PULP COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD REID ROGERS, Relator, v. MARK GRAVES and Others, as Commissioners, Constituting the State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

H. W. HOTEL CO., INC., Appellant, v. FIRST NATIONAL BANK OF WOODRIDGE, NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FIRST CITIZENS BANK & TRUST COMPANY OF UTICA, as Trustee, etc., Respondent, v. SARANAC RIVER POWER CORPORATION and CENTRAL HANOVER BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., Defendants. CENTRAL HANOVER BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., Respondent, v. SARANAC RIVER POWER CORPORATION and FIRST CITIZENS BANK & TRUST COMPANY OF UTICA, as Trustee, etc., Defendants. RUSSEL S. JOHNSON, Appellant.— Motion by appellant, Russel S. Johnson, for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANKLIN D. B. SMITH, Guardian ad Litem of MARJORIE HELEN SMITH, a Minor, Petitioner, Appellant, v. ROBERT PARKER and Others, Comprising the Board of Assessors of the Town of Long Lake, Hamilton County, N. Y., and HARRISON D. JENNINGS and Others, Acting or Purporting to Act as Water Commissioners of Water District No. 2 of the Town of Long Lake, Hamilton County, N. Y., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of PAUL HARTELT, Appellant, against EDGAR A. LEVY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person denied, without costs, for the reason that from the papers it appears that there was a question of fact which the Board decided. While the claim seems meritorious, that is to be determined by the Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.